UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN J. MIKLOS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:07-CV-273 (CEJ) ) |
| RALCORP HOLDINGS, INC., and BREMNER, INC., | ) ) ) |
| Defendants. | ) |

### ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time until **February 14, 2008**, to file a response in opposition to defendants' motion for summary judgment [Doc. #51] is **granted**. The reply in support of the motion shall be filed no later than **February 25, 2008**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of February, 2008.